

FILED

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

FILED

APR 06 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 06-0422

IN THE MATTER OF THE PETITION OF
HOLLEY A. W. METZGER

ORDER

Holley A. W. Metzger has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of applying for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Metzger passed the MPRE in 2015 when seeking admission to the practice of law in the State of North Carolina, where Metzger was admitted. According to the petition, Metzger has practiced for over five years and has "never been the subject of any ethical or disciplinary actions." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Holley A. W. Metzger to waive the three-year test requirement for the MPRE for purposes of a current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 6 day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices